| | | | |
|---|---|---|---|
| Com. v. Freeman ... | 04/20/2016759 MAL (2015) | Denied | Pa.Super., 125 A.3d 458 |
| Com. v. Fuller [9] .... | 05/03/2016951 MAL (2015) | Denied | Pa.Super., 134 A.3d 489 |
| Com. v. Gainer ..... | 05/17/201660 WAL (2016) | Denied | Pa.Super., 136 A.3d 1037 |
| Com. v. Garber..... | 05/03/201630 WAL (2016) | Denied | Pa.Super., 134 A.3d 94 |
| Com. v. Garcia ..... | 05/10/201624 EAL (2016) | Denied | Pa.Super., 133 A.3d 71 |
| Com. v. Garza...... | 05/17/2016131 MAL (2016) | Denied | Pa.Super., 136 A.3d 1033 |
| Com. v. Glowania .. | 05/03/201613 MAL (2016) | Denied | Pa.Super., 135 A.3d 657 |
| Com. v. Green [10].... | 05/03/201628 WAL (2016) | Denied | Pa.Super., 131 A.3d 82 |
| Com. v. Gregory.... | 05/03/2016986 MAL (2015) | Denied | Pa.Super., 131 A.3d 107 |
| Com. v. Harris ..... | 05/03/201669 WAL (2016) | Denied | Pa.Super., 134 A.3d 495 |
| Com. v. Hicks [11] .... | 04/20/2016483 WAL (2015) | Denied | Pa.Super., 134 A.3d 490 |
| Com. v. Holley ..... | 05/03/201674 MAL (2016) | Denied | Pa.Super., 135 A.3d 668 |
| Com. v. Holly [12] .... | 04/20/2016021 MAL (2016) | Denied | Pa.Super., 135 A.3d 654 |
| Com. v. Hummel ... | 05/17/201646 EAL (2016) | Denied | Pa.Super., 136 A.3d 1036 |

9. Justice WECHT did not participate in the consideration or decision of this matter.

10. Justice DONOHUE and WECHT did not participate in the consideration or decision of this matter.

11. Justice WECHT did not participate in the consideration or decision of this matter.

12. Justice WECHT did not participate in the consideration or decision of this matter.